AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

**OCT 3 0 2009**

District of    COLUMBIA

Clerk, U.S. District and
Bankruptcy Courts

Nathan Brennan

Plaintiff

V.

Department of Justice

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    09 2054

I, ____ NATHAN BRENNAN _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

If "Yes," state the place of your incarceration    FCC Yazoo City, Mississippi _____

Are you employed at the institution? __Yes__ Do you receive any payment from the institution? Yes (appx $1.8: per mnth)

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.   Are you currently employed?          ☒ Yes          ☐ No

a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

Approximately $1.82 per month (Institutional employment)

b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**

**SEP 28 2009**

Clerk, U.S. District and
Bankruptcy Courts

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: NATHAN BRENNAN                    v. DEPARTMENT OF JUSTICE

Civil Action No. _____

I, __NATHAN BRENNAN_____, Reg. No. __57737-019_____,
hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, of any costs imposed by the District Court.

_____
Signature of Plaintiff

August 5, 2009
_____
Date

09 2054

**FILED**

OCT 3 0 2009

Clerk, U.S. District and
Bankruptcy Courts

Inmate Inquiry

 PRINT

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9898 |
| PAC #: | 119741738 |
| FRP Participation Status: | Participating |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 10/23/2006 |
| Local Account Activation Date: | 11/30/2007 3:43:44 AM |
| Sort Codes: | |
| Last Account Update: | 8/5/2009 7:22:56 AM |
| Account Status: | Active |
| Phone Balance: | $0.11 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $65.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $94.05 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $94.05 |
| National 6 Months Deposits: | $1,183.76 |
| National 6 Months Withdrawals: | $1,174.03 |
| National 6 Months Avg Daily Balance: | $38.39 |
| Local Max. Balance - Prev. 30 Days: | $100.05 |
| Average Balance - Prev. 30 Days: | $20.59 |

## Commissary History

### Purchases

Validation Period Purchases: $30.85
YTD Purchases: $817.63
Last Sales Date: 7/23/2009 1:29:03 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $30.85
Remaining Spending Limit: $259.15

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

Comments: